# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2009

138883 & (51)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

WILLIE LEON JACKSON,
       Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138883
COA: 281681
Saginaw CC: 07-028787-FH

On order of the Court, the application for leave to appeal the April 14, 2009 judgment of the Court of Appeals is considered. We DIRECT the Saginaw County Prosecuting Attorney to answer the defendant's application for leave to appeal within 28 days after the date of this order. In the answer, the prosecuting attorney shall address whether the defendant is entitled to jail credit under MCL 769.11b in light of *People v Idziak*, 484 Mich 549 (2009). The answer shall also state whether the defendant was being held in jail on a Wisconsin parole detainer and whether he has received or will receive credit against his Wisconsin sentence for the time he spent in jail awaiting disposition of the charges in this case.

The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2009

Clerk

1202